DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BIG CAPITAL, LLC,** and **IGOR SHABANETS,**
Appellants,

v.

**REMARES GLOBAL, LLC,** as assignee for **OMERANIO INVESTMENTS, LTD, VISHNU & AL, LLC,** and **MARK OKHMAN,**
Appellees.

No. 4D19-1476

[February 6, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu T. Sasser, Judge; L.T. Case No. 502016CA011045XXXXMB.

Laura M. Reich and Clarissa A. Rodriguez of Reich Rodriguez, P.A., Miami, for appellants.

Robert C. Glass, Adam T. Rabin and Lauren E. Johnson of McCabe Rabin, P.A., West Palm Beach, and Robert W. Pittman of Robert W. Pittman, P.A., Miami, for appellee Remares Global, LLC.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***